ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00033-SKO |
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE; ORDER |
| v. | |
| JUAN ARTEAGA-HUERTA AKA JUAN JOHNNY ARTEAGA, | |
| Defendant. | |

Pursuant to Federal Rules of Criminal Procedure 48, and by leave of Court, the government hereby moves to dismiss the complaint in the above-referenced case without prejudice, in the interest of justice, and vacate the Preliminary Examination hearing currently set for April 8, 2026.

On March 25, 2026, the defendant, Juan Arteaga-Huerta, was arrested on the criminal complaint in this matter and appeared for his initial appearance.  ECF 3.  On that date, a detention hearing was held and the Court ordered Mr. Arteaga-Huerta to be released on conditions the following day.  *Id*.  On March 26, 2026, upon his release, Mr. Arteaga-Huerta was taken into the United States Immigration and Customs Enforcement's ("ICE") custody based on an ICE detainer.  The government was informed that ICE would be removing Mr. Arteaga-Huerta from the United States.  On March 31, 2026, the government received confirmation that ICE removed Mr. Arteaga-Huerta from the United States on March 27, 2026.

///

Considering all the above, the government moves to dismiss the complaint without prejudice in this matter, in the interest of justice, and vacate the Preliminary Examination currently set for April 8, 2026.

Respectfully,

Dated:  April 1, 2026

ERIC GRANT
United States Attorney

By:   /s/ Arelis M. Clemente
ARELIS M. CLEMENTE
Assistant United States Attorney

ORDER

Pursuant to the Government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the Government's motion and gives the Government leave to dismiss the complaint in this matter without prejudice against the defendant, Juan Arteaga-Huerta.  ECF 1.  All future dates in this matter, including the Preliminary Examination Hearing scheduled for April 8, 2026, are VACATED.

IT IS SO ORDERED.

Dated:   **April 1, 2026**

UNITED STATES DISTRICT JUDGE